UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CATHY RADFORD, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 1:05-cv-0254-SEB-VSS |
| JO ANN B. BARNHART, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Cathy Radford is not entitled to Disability Insurance Benefits or Supplemental Security Income based on her application filed on April 10, 2002, is **AFFIRMED.**


Date: 03/03/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Charles D. Hankey, Attorney At Law, 434 E. New York St., Indianapolis, IN 46202
Thomas E. Kieper, Office of the United States Attorney, 10 West Market Street,
     Suite 2100, Indianapolis, IN  46204-3048